# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-23-00800-CV

---

**Tina Carloni, Appellant**

**v.**

**Jeffrey Shields, Appellee**

---

**FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
NO. 23-0006-C368
THE HONORABLE SARAH SOELDNER BRUCHMILLER, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

Appellant Tina Carloni has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Thomas J. Baker, Justice

Before Justices Baker, Triana, and Kelly

Dismissed on Appellant's Motion

Filed: February 1, 2024